THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR
 RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2),
 SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Sharod Frazier, Appellant.
 
 
 

Appeal From Lee County
 Ralph F. Cothran, Circuit Court Judge
Unpublished Opinion No. 2010-UP-159
Submitted January 4, 2010  Filed February
 23, 2010 
APPEAL DISMISSED

 
 
 
 Senior Appellate Defender Joseph L. Savitz, III, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Donald J.
 Zelenka, all of Columbia; Solicitor Cecil Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM:  Sharod Frazier appeals his convictions and sentences for murder, armed
 robbery, criminal conspiracy, and possession of a firearm during the commission
 of a violent crime, arguing the State made an improper remark during closing
 argument and the trial court failed to issue an appropriate curative
 instruction.  Frazier's counsel attached
 a petition to be relieved as counsel, stating that he reviewed the record and
 concluded the appeal lacked merit.  After a review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Frazier's appeal and grant counsel's petition to be relieved.
APPEAL
 DISMISSED.
SHORT,
 THOMAS, and KONDUROS, JJ., concur.

[1] We decide this case
 without oral argument pursuant to Rule 215, SCACR.